1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   JOHN PAUL REICHMUTH
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:   (510) 637-3500
   Facsimile:    (510) 637-3507
6  Email:         Jerome_Matthews@fd.org

7

8  Counsel for Defendant NAVARRO-BARAJAS

9

10                    IN THE UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,              Case No.: CR 14–0522 JSW

15              Plaintiff,                 **STIPULATION TO CONTINUE STATUS HEARING; ORDER**

16        v.

17  SALVADOR  NAVARRO-BARAJAS,

18              Defendant.

19

20     IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS

21  HEARING presently set for November 2, 2022 at 10:30 AM before the Hon. Donna M. Ryu be

22  CONTINUED until November 30, 2022 at 10:30 AM before the Duty United States Magistrate.  The

23  Probation Officer has been consulted and has informed counsel that she is available and does not

24  object to the requested continuance.

25     The parties would like to put the matter over to allow defense counsel to review the case further

26  and discuss the matter with Mr. Navarro-Barajas prior to deciding how to proceed.  Mr. Navarro-

27  Barajas also does not feel well.

28  //

CONT.; ORDER
*NAVARRO-BARAJAS*, CR 14– 522 JSW

1

Dated: November 2, 2022

STEPHANIE HINDS
United States Attorney

By: _____/S_____
CYNTHIA JOHNSON
Special Asst. United States Attorney

Dated:   November 2, 2022

JODI LINKER
Federal Public Defender

_____/S_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

## ORDER

Based on the stipulation of the parties, it is hereby ORDERED that the STATUS HEARING presently set for November 2, 2022 at 10:30 AM before the Hon. Donna M. Ryu be CONTINUED until November 30, 2022 at 10:30 AM before the Duty United States Magistrate

Dated: November 2, 2022

IT IS SO ORDERED
Judge Donna M. Ryu

_____
HON. DONNA M. RYU
United States Magistrate Judge