JODI LINKER
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:   Jerome_Matthews@fd.org

Counsel for Defendant NAVARRO-BARAJAS

**FILED**

Jan 17 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 14– 522 JSW |
| Plaintiff, | **RELEASE ORDER** |
| v. | |
| SALVADOR NAVARRO-BARAJAS, | |
| Defendant. | |

**ORDER**

Following a hearing on this matter and with the agreement of the parties, it is hereby

ORDERED that M. Navarro-Barajas be released, whereupon he is to proceed directly to Diablo Valley Ranch treatment facility.  It is further

ORDERED that he remain there and follow all of the rules of the facility and continue to abide by all of the conditions of his supervised release.  It is further

//

CONT.; ORDER
*NAVARRO-BARAJAS*, CR 14– 522 JSW

1

ORDERED that this Release Order be STAYED until the Court, Probation Office, and parties are notified that Mr. Navarro-Barajas has no active warrant, hold, or detainer from Contra Costa County. Defense counsel must notify the Court when these conditions have been met, and shall submit a proposed order lifting the stay of this order.

Dated: <u>January 17, 2023</u>

_____
HON. DONNA M. RYU
United States Magistrate Judge