FILED

OCT 01 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR NAVARRO-BARAJAS,<br><br>Defendant. | Case No.: CR 14–522 JSW<br><br>**RELEASE ORDER** |

The parties had a hearing on this matter in August 2024, and a further hearing on October 1, 2024. With the agreement of the parties and Probation, this Court hereby ORDERS that Salvador Navarro-Barajas, PFN ULY198, be released from the custody of the United States Marshals Service and Santa Rita Jail, **at or before 9:00 AM on Monday, October 7, 2024**, to enter New Bridge Foundation residential substance abuse treatment as directed by Probation.

It is ORDERED that Mr. Navarro-Barajas report to New Bridge immediately upon release. Transportation to be provided by New Bridge or Probation to travel directly from Santa Rita Jail to New Bridge, for program check-in prior to 2:00 p.m.

It is ORDERED that Mr. Navarro-Barajas shall be provided a 3-day supply of his prescription, Suboxone, by the U.S. Marshal Service or Santa Rita Jail Staff, when he is released. While at New Bridge, he must remain at and comply with al rules of the facility, as well as all conditions of Supervised Release, which remains in effect.

IT IS SO ORDERED.

Dated: 10/1/2024

HON. KANDIS A WESTMORE
United States Magistrate Judge

PROPOSED ORDER
*NAVARRO-BARAJAS*, CR 14–522 JSW

1